<div style="margin-left-note">Nov. Term, 1839.

LEWIS
v.
HICKLIN.</div>

---

LEWIS *v.* HICKLIN.—In error.

<div style="margin-left-note">Thursday,
November 21.</div>

*JOHN HICKLIN* obtained a judgment against *James Lewis* for a certain sum of money, which judgment the former assigned to *Thomas Hicklin.* The judgment was rendered on a note, which *John Hicklin* had placed in the hands of one *Ryman* as a security for a debt due by the former to the latter. *Lewis* afterwards, without notice of *Ryman's* lien, paid the judgment to *Thomas Hicklin* to whom notice of the lien had been given. *Held*, that *Lewis*, who had paid the judgment in good faith, was discharged from its operation.